COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:       In the Interest of A.L.J., A.L.J., G.A.G.

Appellate case number:   01-19-00251-CV

Trial court case number:  2017-04601J

Trial court:                      315th District Court of Harris County

This is an accelerated appeal from an order terminating appellant's parental rights. Appellant's appointed counsel claims that, while drafting the brief, she realized that she had served as a visiting judge in one of the trial court hearings in this case. Accordingly, appointed counsel has filed a motion to abate and remand to the trial court for appointment of new counsel for appellant. The motion is granted.

This appeal is **abated** and the cause **remanded** to the trial court for appointment of new counsel for appellant. The trial court shall cause a supplemental clerk's record containing its order appointing new counsel, including the name, address, telephone number, and State Bar number of substitute counsel **within 10 days of the date of this order**. If the trial court holds a hearing, the trial court shall also cause a reporter's record of the hearing to be filed in this Court **within 15 days of the date of this order**.

The appeal is abated, treated as a closed case, and removed from this Court's active docket. The appeal will be reinstated on this Court's active docket when a supplemental clerk's record that complies with this order, and the reporter's record of the hearing, have been filed in this Court.

It is so ORDERED.


Judge's signature: ____/s/ Peter Kelly_____
                     ☒ Acting individually    ☐ Acting for the Court


Date: ___June 4, 2019__